# CIVIL COVER SHEET

FILED JULY 23, 2008
08CV4177

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
COMPSYCH INTERNATIONAL, INC. and COMPSYCH CORPORATION

**DEFENDANTS**
JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A.

**(b)** County of Residence of First Listed Plaintiff  Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Novack and Macey LLP, 100 N. Riverside Plaza, Chicago IL, 60606
(312) 419-6900

Attorneys (If Known)
JUDGE ST.EVE
MAGISTRATE JUDGE ASHMAN
TG

**II. BASIS OF JURISDICTION** — [X] 4 Diversity

**III. CITIZENSHIP OF PRINCIPAL PARTIES** — Incorporated or Principal Place of Business In This State: PTF [X] 4; Incorporated and Principal Place of Business In Another State: DEF [X] 5

**IV. NATURE OF SUIT** — [X] 190 Other Contract

**V. ORIGIN** — [X] 1 Original Proceeding

**VI. CAUSE OF ACTION**
28 U.S.C. 2201 -- Declaratory Judgment

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:** DEMAND $ Declaration  JURY DEMAND: [X] No

**IX. This case** [X] is not a refiling of a previously dismissed action.

DATE: 7/23/08
SIGNATURE OF ATTORNEY OF RECORD: /s/