IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMPSYCH INTERNATIONAL, INC. and COMPSYCH CORPORATION,<br><br>            Plaintiffs<br><br>   v.<br><br>JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 08 CV 04177<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS NOTIFICATION OF**
**AFFILIATES AND CORPORATE DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of Illinois Local Rule 3.2, Plaintiffs hereby state as follows: No publically-held corporation owns 10% or more of the stock of either of the Plaintiffs, and Plaintiffs have no publically-held "affiliates," as that term is defined in Local Rule 3.2.

Respectfully submitted,

COMPSYCH INTERNATIONAL, INC. and
COMPSYCH CORPORATION


By:   s/ Richard G. Douglass
        One of Their Attorneys

Stephen Novack
Michael A. Weinberg
Richard G. Douglass
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
Doc. #233380