UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Compsych International, Inc., et al.
                                       Plaintiff,

v.                                                     Case No.: 1:08−cv−04177
                                                       Honorable Amy J. St. Eve

JPMorgan Chase & Co., et al.
                                       Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 20, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve: Parties' joint oral request for an extension of time is granted. Joint status report to be filed by 9/29/08. Initial status hearing set for 9/3/08 is stricken and reset to 10/2/08 at 8:30 a.m. Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.